```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 02457
    ARDRAY D JARRETT SR
                                            CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR

        Debtor
    SSN XXX-XX-7897


-----------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 03/14/06 and confirmed on 06/02/06.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  10264.73 .

    4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-----------------------------------------------------------------------
CHASE HOME FINANCE         NOTICE ONLY           .00            .00            .00
CHASE HOME FINANCE         MORTGAGE ARRE    4898.26            .00       4898.26
LAKE COUNTY COLLECTOR      SECURED              .00            .00            .00
AMAD ARZANI                SECURED              .00            .00            .00
ILLINOIS DEPT REVENUE      PRIORITY          446.00            .00        446.00
INTERNAL REVENUE SERVICE   PRIORITY          100.00            .00        100.00
ACS                        UNSECURED            .00            .00            .00
CERTIFIED SERVICES         UNSECURED     NOT FILED            .00            .00
CREDIT PROTECTION ASSOC    UNSECURED     NOT FILED            .00            .00
PEOPLES GAS                UNSECURED        1521.95            .00       1521.95
DANIEL J WINTER            REIMBURSEMENT     40.00            .00         40.00
ILLINOIS DEPT REVENUE      UNSECURED         120.00            .00        120.00
        Summary of disbursements:
-----------------------------------------------------------------------
                     SECURED     PRIORITY   UNSECURED      OTHER         TOTAL
-----------------------------------------------------------------------
TOTAL CLMS ALLOWED   4898.26       586.00     1641.95        .00        7126.21
PRINCIPAL PAID       4898.26       586.00     1641.95        .00        7126.21
INTEREST PAID            .00          .00         .00        .00            .00
TOTAL PAID           4898.26       586.00     1641.95        .00        7126.21
The Debtor's attorney, DANIEL J WINTER                , was allowed $   2500.00
and was paid $    2500.00 .

The Trustee received $     351.01 .

Refunds to the Debtor totaled $     287.51 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 12/18/07                          /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                           PAGE   2
         CASE NO. 06 B 02457 ARDRAY D JARRETT SR
```